IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION



FILED
SEP 10 2019
Clerk, U.S District Court
District Of Montana
Missoula

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 19–20–M–DWM |
| Plaintiff, | |
| vs. | FINAL ORDER OF FORFEITURE |
| JENNIFER LYNN FOLEY, | |
| Defendant. | |

This matter comes before the Court on the United States' motion for final order of forfeiture. (Doc. 26.) Having reviewed the motion, the Court finds:

1. The United States commenced this action pursuant to 21 U.S.C. § 853(a)(1) and (2), 18 U.S.C. § 924(d), and Rule 32.2 of the Federal Rules of Criminal Procedure.

2. A preliminary order of forfeiture was entered on June 27, 2019. (Doc. 24.)

3. All known interested parties were provided an opportunity to respond and publication has been effected as required by 21 U.S.C. § 853(n)(1). (Doc. 25.)

4. It appears there is cause to issue a forfeiture order under 21 U.S.C. § 853(a)(1) and (2), 18 U.S.C. § 924(d), and Rule 32.2 of the Federal Rules of Criminal Procedure.

1

Accordingly, it is ORDERED that:

1. The motion for final order of forfeiture (Doc. 26) is GRANTED.

2. Judgment of forfeiture of the following property shall enter in favor of the United States pursuant to 21 U.S.C. § 853(n)(7) and (2) and Rule 32.2 of the Federal Rules of Criminal Procedure, free from the claims of any other party:

- $14,595 in United States currency;
- Smith and Wesson Body Guard .380 caliber pistol, S/N KBC5741, with magazine and nylon holster; and
- 6 rounds of .380 ammunition.

3. The United States shall have full and legal title to the forfeited property and may dispose of it in accordance with law.

DATED this 10th day of September, 2019.

Donald W. Molloy, District Judge
United States District Court